**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR YU, D/B/A VISCO INTERNATIONAL, LTD., CURRENCY TRADING CLUB AND VICTORY FX CLUB, AND VFRS, LLC,<br><br>    Defendants. | **Case No.: 12-CV-3921 YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the filing of the motion for default judgment in this matter, and the referral of said motion to a magistrate judge, the case management conference currently set for Monday, November 5, 2012, is **VACATED.**

**IT IS SO ORDERED.**

Date: October 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**