**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES COMMODITY FUTURES TRADING COMMISSION,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**VICTOR YU, D/B/A VISCO INTERNATIONAL, LTD., CURRENCY TRADING CLUB AND VICTORY FX CLUB, AND VFRS, LLC,,**<br><br>    **Defendants.** | **Case No.: 12-CV-3921 YGR**<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPOINTMENT OF MONITOR** |

Plaintiff has filed an Administrative Motion for Appointment of Monitor. (Dkt. No. 35.) No opposition has been filed. Good cause appearing, the motion is **GRANTED**.

The Court previously adopted the Report and Recommendations of Magistrate Judge Nandor Vadas and granted the Commission's Motion for Default Judgment (Docket No. 34). That judgment includes an order that the Defendants pay restitution in the amount of $2,148,382.77 (see Docket # 33). The Commission seeks appointment of the National Futures Association ("NFA") as Monitor to make distributions of the restitution payments from funds already frozen or subsequently received from the Defendants will ensure that restitution is promptly and fairly made to Defendants' former clients and customers.

The proposed judgment previously submitted by Plaintiff, including appointment of a monitor, will be entered.

This Order terminates Docket Number 35.

**IT IS SO ORDERED.**
**Date: March 26, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**